LILLIAN G. SEARLES, as Trustee, Appellant, v. MAIN TAVERN, INC., et al., Respondents.—

Christ, Acting P. J., Brennan, Hopkins and Munder, JJ., concur; Benjamin, J. concurs in the result.